**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00950-CR

**BOBBY LEE MURPHY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F21-25327-R

## ORDER

Before the Court is the December 15, 2022 request of court reporter Georgina Ware for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 17, 2023**.

/s/    ERIN A. NOWELL
        JUSTICE